SUPERIOR COURT
OF THE
STATE OF DELAWARE

RICHARD R. COOCH
RESIDENT JUDGE

NEW CASTLE COUNTY COURTHOUSE
500 NORTH KING STREET, SUITE 10400
WILMINGTON, DELAWARE 19801-3733
TELEPHONE (302) 255-0664

Joseph J. Rhoades, Esquire
Stephen T. Morrow, Esquire
Rhoades & Morrow
Legal Arts Building
1225 North King Street, Suite 1200
Wilmington, Delaware 19801
Attorneys for Plaintiffs

Maria R. Granaudo Gesty, Esquire
Burns White LLC
1000 North West Street, Suite 1230
Wilmington, Delaware 19801
Attorney for Yogi Trevadi, M.D.

Submitted: Octobr 24, 2017
Decided: October 31, 2017

Re: **Elli Bokeno, et al. v. Bayhealth Medical Center, Inc., et al.**
**C.A. No. N17C-01-274 RRC**

**On Plaintiffs' Motion for Reargument - DENIED**

Dear Counsel:

The Court has considered Plaintiffs' Motion for Reargument of this Court's decision dated September 21, 2017, granting Defendant Yogi Trivedi, M.D.'s Motion for Summary Judgment.

The Court concludes that it did not "overloo[k] precedent or legal principles that would have controlling effect, or misapprehended the law or the facts such as would affect the outcome of the decision."[1]

Accordingly, Plaintiffs' Motion for Reargument is **DENIED. IT IS SO ORDERED.**

Very truly yours,

*[signature]*

RRC/krb
cc: Counsel of Record
    Prothonotary

---

1 *Blevins v. Metzger*, 2017 WL 2709748, at *1 (Del. Super. June 22, 2017).